## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) <br> ) **3:09-md-02100-DRH** <br> ) <br> ) **MDL No. 2100** <br> ) |

**This Document Relates To:**

> *Hillary J. Fargo v. Bayer HealthCare LLC, et al.*  No. 10-cv-20141-DRH

> *Erica Thomas v. Bayer HealthCare*          No. 12-cv-10922-DRH
> *Pharmaceuticals Inc., et al.*

> *Kimberly Thur v. Bayer HealthCare*          No. 12-cv-11224-DRH
> *Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
            Deputy Clerk

**Dated:** April 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.17
14:04:18 -05'00'

**APPROVED:**
         CHIEF JUDGE
         U. S. DISTRICT COURT